JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEWAYNE BROWN, | NO. CV 12-8211-JFW (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY GROUNDS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: May 16, 2018.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE